**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-7003

JOSHUA GALLISHAW, a/k/a Joshua Latron Gallishaw,

             Plaintiff – Appellant,

     v.

RAYMOND REED, Warden, Manning CI; C. MARSH, Major; L. DIAMOND; JERREY CORUM; STEVENSON, Warden NFN; J. C. BROWN; DIRECTOR OZMINT; GOLLACH, Lt; MS. WHITTAKER, SMU Classification Department; MRS. TAYLOR, Inmate Grievance Coordinator; ANN HALLMAN, Headquarters for Grievance Department,

             Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Beaufort.   Cameron McGowan Currie, District Judge.  (9:09-cv-02566-CMC)

Submitted:  September 28, 2010      Decided:  October 6, 2010

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joshua Gallishaw, Appellant Pro Se. John Betts McCutcheon, Jr., Lisa Arlene Thomas, THOMPSON & HENRY, PA, Conway, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Gallishaw appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Gallishaw v. Reed</u>, No. 9:09-cv-02566-CMC (D.S.C. June 24, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>